# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**JORGE JAVIER SOTO-SALDIVAR,**

                  **Petitioner,**

v.

          **CASE NO. 15-CR-40060-DDC-1**
          **CIVIL NO. 18-CV-4094-JAR-JPO**

**UNITED STATES OF AMERICA,**

                  **Respondent.**

( )    **JURY VERDICT.**   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

( x)   **DECISION BY THE COURT.**   This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order Dismissing Petitioner Jorge Javier Soto-Saldivar's Motion to Vacate filed in 15-40060-DDC-1 (Doc. 75), Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 51) is hereby **dismissed**.  Petitioner is denied a Certificate of Appealability.

    **IT IS SO ORDERED**

    Dated:    March 31, 2021

                                **TIMOTHY M. O'BRIEN, CLERK**

                                   s/Bonnie Wiest
                                **Deputy Clerk**